**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01089-CV

### IN RE SANDRA CRENSHAW, Relator

**Original Proceeding from Dallas County, Texas**

## ORDER
Before Justices Whitehill, Partida-Kipness and Pedersen, III

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/      BILL PEDERSEN, III
JUSTICE